UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Jonathan Fraire, et al.
                                             Plaintiff,

v.                                           Case No.: 1:15−cv−07618
                                             Honorable John Z. Lee

Maines Paper & Food Service, Inc., et al.
                                             Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 18, 2016:

MINUTE entry before the Honorable John Z. Lee:Plaintiff's motion to extend dismissal without prejudice and to extend time to reinstate [22] is granted. This case is dismissed without prejudice until 6/9/16; if necessary the parties have until 6/9/16 to reinstate the case. No appearance is required on the motion.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.